# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: July 12, 2013**

Official Caption[1]

2013-1493, -1494, -1509

KIMBERLY-CLARK WORLDWIDE, INC. and
KIMBERLY-CLARK GLOBAL SALES, LLC,

    Plaintiffs-Appellants,

v.

FIRST QUALITY BABY PRODUCTS, LLC,
FIRST QUALITY RETAIL SERVICES, LLC, and
FIRST QUALITY CONSUMER PRODUCTS, LLC,

    Defendants-Cross Appellants.

Appeals from the United States District Court for the Eastern District of Wisconsin in consolidated case nos. 09-CV-0916 and 10-CV-1118, Chief Judge William C. Griesbach.

Authorized Abbreviated Caption[2]

KIMBERLY-CLARK WORLDWIDE V FIRST QUALITY BABY PRODUCTS,
2013-1493, -1494, -1509

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.