No. 13-1493

IN THE
# United States Court of Appeals
### FOR THE FEDERAL CIRCUIT

KIMBERLY-CLARK WORLDWIDE, INC. and
KIMBERLY-CLARK GLOBAL SALES, LLC,
*Appellants,*
v.
FIRST QUALITY BABY PRODUCTS, LLC,
FIRST QUALITY RETAIL SERVICES, LLC and
FIRST QUALITY CONSUMER PRODUCTS,
*Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WI, GREEN BAY DIVISION
CASE NO. 09-CV-0916

**APPELLANTS' MOTION TO CHANGE PRINCIPAL COUNSEL**

ANTHONY S. BAISH
GODFREY & KAHN, S.C.
780 N. Water St.
Milwaukee, WI 53202-3590
Telephone:　414-273-3500
Facsimile:　414-273-5198

*Attorneys for Appellants
Kimberly-Clark Worldwide, Inc. and
Kimberly-Clark Global Sales, LLC*

Appellants Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC respectfully request that principal counsel of record for Appellants in this matter be changed from Anthony S. Baish to the following:

>Constantine L. Trela, Jr.
>Sidley Austin LLP
>One South Dearborn
>Chicago, IL  60603
>Telephone:  312-853-7000
>Facsimile:  312-853-7036
>ctrela@sidley.com

                                      Respectfully submitted,

                                      *s/ Anthony S. Baish*
ANTHONY S. BAISH
Godfrey & Kahn, S.C.
780 N. Water St.
Milwaukee, WI 53202-3590
Telephone:  414-273-3500
Facsimile:   414-273-5198

*Attorneys for Appellants*
*Kimberly-Clark Worldwide, Inc. and*
*Kimberly-Clark Global Sales, LLC*

Form 30

**FORM 30. Certificate of Service**

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on July 17, 2013 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Anthony S. Baish | /s/ Anthony S. Baish |
| Name of Counsel | Signature of Counsel |

Law Firm: Godfrey & Kahn, S.C.
Address: 780 North Water Street
City, State, ZIP: Milwaukee, WI 53202
Telephone Number: 414-273-3500
FAX Number: 414-273-5198
E-mail Address: tbaish@gklaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.