NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIMBERLY-CLARK WORLDWIDE, INC.** AND **KIMBERLY-CLARK GLOBAL SALES, LLC,**
*Plaintiffs-Appellants,*

v.

**FIRST QUALITY BABY PRODUCTS, LLC, FIRST QUALITY RETAIL SERVICES, LLC,** AND **FIRST QUALITY CONSUMER PRODUCTS, LLC,**
*Defendants-Cross Appellants.*

---

2013-1493, -1494, -1509

---

Appeals from the United States District Court for the Eastern District of Wisconsin in consolidated Nos. 09-CV-0916 and 10-CV-1118, Chief Judge William C. Griesbach.

---

**ON MOTION**

---

**O R D E R**

Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC move without opposition for an extension of time and to set the briefing schedule.

KIMBERLY-CLARK WORLDWIDE v. FIRST QUALITY BABY PRODUCTS     2

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Kimberly-Clark's opening brief is due November 4, 2013. First Quality's opening and response brief is due February 12, 2014. Kimberly-Clark's response and reply brief is due March 31, 2014, and First Quality's reply brief is due April 14, 2014.

                               FOR THE COURT

                               /s/ Daniel E. O'Toole
                               Daniel E. O'Toole
                               Clerk

s21